**2006–1898.  State v. Daniel.**
Franklin App. Nos. 05AP–564 and 05AP–683, 2006-Ohio-4627. Discretionary appeal accepted on Proposition of Law Nos. II and III; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2116, *State v.*

*Daniel,* Franklin App. Nos. 05AP–564 and 05AP–683, 2006-Ohio-4627; and briefing schedule stayed. RESNICK and PFEIFER, JJ., dissent.